IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-000294-01-CR-W-H |
| TERRANCE S. HARVEY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the record and the briefing, I ADOPT the report and recommendation (Doc. 38) and DENY the motion to suppress (Doc. 18). I accept the rationale and authorities cited in the Report and the supplemental arguments cited in the Government's Response to the motion (Doc. 21).

Regarding defendant's argument that the repeated arrest of another suspect tainted the proceedings, the Johnson case, 848 F.3d 872, is not helpful to this contention and no pertinent authority has been cited by defendant. Detention on two closely related dates, with different circumstances, cannot be likened to using a search warrant twice.

It is SO ORDERED.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

August 8, 2019

Kansas City, Missouri